In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-09-00308-CV


____________________



STAF U.S.A, INC., Appellant



V.



VALENTINE STEEL SERVICES, INC., Appellee






On Appeal from the 9th District Court


Montgomery County, Texas


Trial Cause No. 03-07-05077-CV






MEMORANDUM OPINION


 The appellant, Staf U.S.A., Inc., filed a motion to dismiss this appeal. The motion is
voluntarily made by the appellant prior to any decision of this court. See Tex. R. App. P.
42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the
appeal. 

 APPEAL DISMISSED. 
 
 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered August 31, 2009

Before McKeithen, C.J., Gaultney and Kreger, JJ.